RANDY RUMPH (State Bar No. 232235)
1401 – 19th Street, Suite 200
Bakersfield, California 93301
Phone: (661) 322-4600
Fax: (661) 322-8478

Attorney for Plaintiff
ABRAHAM FLORES

HUNTON & WILLIAMS LLP
A. TODD BROWN (*pro hac vice* application pending)
MARIJA T. MARINO (State Bar No. 189059)
NINA D. FROESCHLE (State Bar No. 131897)
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Phone: (213)532-2000
Fax: (213) 532-2020

Attorneys for Defendants
STOCK BUILDING SUPPLY WEST, INC. and BRIAN BARRICK

**FILED**
JUL 24 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO BRANCH

| | |
|---|---|
| ABRAHAM FLORES, an individual<br><br>Plaintiff,<br><br>vs.<br><br>STOCK BUILDING SUPPLY WEST, INC., a Utah corporation; BRIAN BARRICK; and ROE ENTITIES 1 through 10, inclusive<br><br>Defendants. | Case No. 1:06-CV-01228-~~OWW~~-LJO-DLB<br><br>STIPULATION OF DISMISSAL<br><br>Courtroom: ~~3~~ 4<br>Judge: Hon. ~~Oliver W. Wanger~~ |

**STIPULATION OF DISMISSAL**

Case No. 1:06-CV-01228-OWW-DLB

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure with each party to bear their own fees and costs.

DATED: July 23, 2007

By: /s/Abraham Flores
    ABRAHAM FLORES

By: /s/ Randy Rumph
    RANDY RUMPH
    Attorney for Plaintiff ABRAHAM FLORES

DATED: July 23, 2007

HUNTON & WILLIAMS LLP

By: /s/Bryan Yeazel
    STOCK BUILDING SUPPLY
    WEST, INC.

By: /s/ Marija T. Marino
    MARIJA T. MARINO
    Attorneys for Defendants STOCK BUILDING
    SUPPLY WEST, INC., and BRIAN BARRICK

DATED: July 23, 2007

By: /s/Brian Barrick
    BRIAN BARRICK

IT IS SO ORDERED.

DATED: July 24, 2007

_____
HONORABLE LAWRENCE J. O'NEILL
U.S. DISTRICT JUDGE